# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# MARTINSBURG

**BRENDA MASON,**

    Plaintiff,

v.                                                        **CIVIL ACTION NO.: 3:19-CV-31**
                                                                            **(GROH)**

**COMCAST OF CALIFORNIA/**
**MARYLAND/PENNSYLVANIA/**
**VIRGINIA/WEST VIRGINIA,**

    Defendant.

## ORDER DISMISSING CASE

Because the Court has received notice that the parties have reached a settlement agreement on all issues in this case, it is **ORDERED** that this civil action be, and the same is hereby, **DISMISSED** with prejudice and retired from the docket of this Court, subject to reopening on motion of any party, and for good cause shown, within ninety days.

The parties need not submit any additional proposed dismissal or other final order unless it is required by law or is necessary under the terms of any agreement resolving this case.

The Clerk is **DIRECTED** to transmit copies of this Order to all counsel of record herein.

**DATED:** December 18, 2019

                                                                   GINA M. GROH
                                                                     CHIEF UNITED STATES DISTRICT JUDGE